| | |
|---|---|
| Steve Morris, Bar No. 1543 | Lenard E. Schwartzer, Bar No. 0399 |
| Email: sm@morrislawgroup.com | Email: usdcfilings@s-mlaw.com |
| Akke Levin, Bar No. 9102 | Jeanette E. McPherson, Bar No. 5423 |
| Email: al@morrislawgroup.com | Email: usdcfilings@s-mlaw.com |
| Morris Peterson | Schwartzer & McPherson Law Firm |
| 900 Bank of America Plaza | 2850 South Jones Boulevard, Suite 1 |
| 300 South Fourth Street | Las Vegas, Nevada 89146-5308 |
| Las Vegas, NV 89101 | Telephone: (702) 228-7590 |
| Telephone: (702) 474-9400 | Facsimile: (702) 892-0122 |
| Facsimile: (702) 474-9422 | |

Attorneys for Turnberry Residential Limited Partner, L.P. and Turnberry West Construction, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, et al.,<br>                                              Debtors.<br><br>(Case No. 09-21481 in the U.S. Bankruptcy Court, Southern District of Florida) | Bk. Misc. No. 10-00205 MKN |
| TURNBERRY RESIDENTIAL LIMITED PARTNER, L.P. et al,<br>                                              Appellants,<br>v.<br>TERM LENDER STEERING GROUP,<br>                                              Appellee. | Case No. 2:11-cv-00402-RLH –PAL<br>Appeal Reference # 11-13<br><br>**STIPULATION OF DISMISSAL OF APPEAL WITH PREJUDICE** |

Appellants, Turnberry Residential Limited Partner, L.P. and Turnberry West Construction, Inc. (collectively, "Turnberry"), by and through their counsel, and Appellee, the Term Lender Steering Group ("Term Lenders"), by and through its counsel, hereby enter into this Stipulation Of Dismissal Of Appeal With Prejudice and stipulate as follows:

WHEREAS, Turnberry filed a Notice Of Appeal on or around March 15, 2011.

WHEREAS, on July 1, 2011, this Court entered an Order setting a briefing schedule in this matter setting briefing deadlines, including an opening brief for July 19, 2011, an answering brief for August 6, 2011, and a reply brief for August 19, 2011. No hearings are currently scheduled in this matter.

1     WHEREAS, Turnberry and the Term Lenders have reached an agreement with regard to the issues raised in this matter.

3     WHEREAS, the parties believe that there are no outstanding court costs or fees due.

4     NOW, THEREFORE, in consideration of the foregoing, the parties agree as follows:

5     1.    The above-referenced action shall be dismissed with prejudice.

Dated: July  19 , 2011.       Dated: July  19 , 2011.

/s/ Jeanette E. McPherson      /s/ Kirk D. Dillman
Jeanette E. McPherson, Esq.      Kirk D. Dillman, Esq.
Schwartzer & McPherson Law Firm      Hennigan, Bennett & Dorman LLP
2850 South Jones Blvd, Suite 1      865 South Figueroa Street, Suite 2900
Las Vegas, NV 89146      Los Angeles, CA  90017
    *Counsel for the Term Lender Steering Group*

and

Steve Morris, Esq.
Akke Levin, Esq.
Morris Peterson
900 Bank of America Plaza
30 South Fourth Street
Las Vegas, NV  89101

*Counsel for Turnberry Residential Limited Partner, L.P. and Turnberry West Construction, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:____July 20, 2011_____

2

P:\Turnberry West Construction\Appeal\stipulation to dismissv1.doc